# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-08169-CR-HURLEY/MATTHEWMAN

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**JEREMY BENDER,**
    **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 210]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Thursday, October 11, 2012, at 2:45 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 12th day of September, 2012.

**copy furnished:**
AUSA Jennifer Millien
AFPD Neison Marks
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge